ANDREW J. BAYNE (AB-1142)
**THE BAYNE LAW GROUP LLC**
230 Park Avenue
Suite 1000
New York, New York 10169
(212) 679-2205
Attorney for Petitioner,
*Victory International (USA) LLC*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VIKRAM DATTA,<br><br>                     Defendant. | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>S1 11 Cr. 102 (LAK)<br><br>**PETITION BY VICTORY**<br>**INTERNATIONAL (USA) LLC**<br>**CLAIMING INTEREST IN FORFEITED**<br>**PROPERTY** |

**TO:**                  The Clerk of the Court
                            United States District Court, SDNY
                            Daniel Patrick Moynihan
                            United States Courthouse
                            500 Pearl Street
                            New York, NY 10007-1312

**ON NOTICE TO:**     Preet Bharara
                            United States Attorney, SDNY
                            The Silvio J. Mollo Bldg.
                            One St. Andrew's Plaza
                            New York, NY 10007

       **WHEREAS,** Petitioner, VICTORY INTERNATIONAL (USA) LLC, ("Victory" or

"Petitioner") through its President, Anil Monga, hereby petitions this court for a hearing to

adjudicate the validity of petitioner's interest in the Forfeited Property listed in the

Preliminary Order of Forfeiture in the within matter.

**WHEREAS,** this Petition is submitted, pursuant to 21 U.S.C. § 853 (n), by the Petitioner under the penalty of perjury and shall set forth the nature and extent of Petitioner's right, title or interest in the property, the time and circumstances of Petitioner's acquisition of the right, title or interest in the property, and additional facts supporting Petitioner's claim and the relief sought.

**WHEREAS,** the within Petition is further founded upon the Order of the United States District Court, District of New Jersey. *See Exhibit A.* Specifically the Court will note the attached Order dated January 17, 2012, ordering that:

> Summary Judgment in favor of Plaintiff, Victory International (USA) LLC is granted in the amount of $651,151.75; and it is further ORDERED that Plaintiff shall have immediate execution against the Collateral identified to Plaintiff's Purchase Money Security Interest as set forth in UCC Financing Statement no. 11-0003428291.

United District Court, District of New Jersey, Civil Action No. 11-0757 (SRC) (MAS), Docket Document 36. Accordingly, the Property to which Petitioner claims a vested interest is that Property specifically identified by item and quantity in UCC Financing Statement No. 11-0003428291 (the "Property"). *See Exhibit B.*

**WHEREAS,** Petitioner, was a vendor to La Versailles Fragrances Inc. ("La Versailles"). On or about November 11, 2010 and through and including December 22, 2010 La Versailles, ordered from Petitioner and Petitioner shipped the Property as per the purchase orders under cover of specific invoices. The terms of the purchase orders expressly state "This merchandise on this invoice is the property of Victory International (USA) until fully paid". La Versailles accepted all of the Property. Demand has been made for payment by La

2

Versailles; however payment has not been made. Petitioner retains a perfected purchase money security interest in the goods and the proceeds thereof, valued at $651,151.75.

**WHEREAS,** Petitioner commenced suit, against La Versailles Fragrances, Inc., in the United States District Court, District of New Jersey on February 15, 2011 for goods delivered and not paid for. La Versailles appeared in petitioner's suit and filed an Answer and Affirmative Defenses with the Court. Discovery was commenced and completed, following which, Petitioner was awarded a Summary Judgment by the Honorable Stanley R. Chesler, U.S.D.J. as set forth at Exhibit A.

**WHEREAS,** La Versailles' bookkeeper, Yolanda Carrillo, has testified at her deposition, that the Property was received by La Versailles and that the goods were re-organized and dispersed throughout the La Versailles' Laredo locations from which the seized goods were confiscated. (See Carillo Tx 49:15 – 50:25 and 57:14 – 64:20). *See Exhibit C.*

**WHEREAS,** a security interest is a "purchase money security interest" to the extent that it is taken or retained by the seller of the collateral to secure all or part of its price. UCC§9-103. Accordingly, the UCC-1 form is filed in order to "perfect" a creditor's security interest by giving public notice that there is a desire to take possession of certain assets for repayment of a specific debt.   By filing its formal UCC-1 Financing Statement with the Texas office of the Secretary of State, against the Collateral, Petitioner has perfected its purchase-money security interest in the Property. A perfected purchase money security interest in inventory has priority over a conflicting security interest in the same inventory if the purchase money secured party gives notification in writing to the holder of the conflicting security interest by, inter alia, filing a UCC-1 financing statement. UCC§ 9-312(3).

**WHEREAS,** further, in this matter where La Versailles' testimony acknowledges the comingling of Petitioner's secured goods with other exactly similar products, Petitioner's right to its security interest should not be impaired: "Fungible" with respect to goods or securities means goods or securities of which any unit is, by nature or usage of trade, the equivalent of any other like unit. UCC § 1-201(17). Fungible things are generally defined as interchangeable - capable of mutual substitution. They are of such a kind or nature that one specimen or part may be used in place of another specimen or equal part in the satisfaction of an obligation. In light of the above, the goods of the Property are fungible because they are interchangeable and capable of mutual substitution. For example, a 5.0 oz package of Perry Ellis Signature cologne sold by Petitioner is identical to any 5.0 oz package of Perry Ellis Signature cologne held by defendant in its comingled inventory regardless of its supplier.  As set forth in Exhibit C cited, the fungible Collateral was received at the defendant's warehouse and comingled with other similar goods and then distributed to various other retail stores owned by La Versailles.

**WHEREAS,** to this date, Petitioner continues to retain a perfected purchase money security interest in the goods and the proceeds thereof. The UCC-1 and the District Court's Order of Judgment on the UCC-1 secured goods place Petitioner's interest specifically ahead of any other interest by any party, including but not limited to, the Defendant.

**WHEREAS,** Petitioner submits that the above facts, as well as the res judicata finding of the United States District Court of New Jersey establishes, by a preponderance of the evidence, that Petitioner has a legal right, title or interest in the Property which vested in the Petitioner rather than the Defendant, Vikram Datta, or was superior to any right,

4

title, or interest of the Defendant at the time of the commission of the acts which gave rise to the forfeiture of the property.

Date:   March 7th, 2012

Anil Monga, President
Victory International (USA) LLC


THE BAYNE LAW GROUP LLC
*Attorneys for Petitioner,*
*VICTORY INTERNATIONAL (USA) LLC*

Date:   March 7, 2012                    By: _____
Andrew J. Bayne, Esq.

5

# EXHIBIT A

ANDREW J. BAYNE (AB-1142)
**THE BAYNE LAW GROUP LLC**
116 Village Boulevard, Suite 235
P.O. Box 3036
Princeton, New Jersey 08543-3036
609.924.4295
Attorney for Plaintiff,
*Victory International (USA) LLC*

| | |
|---|---|
| VICTORY     INTERNATIONAL     (USA) LLC,<br><br>               Plaintiff,<br><br>          v.<br><br>LA VERSAILLES FRAGRANCES, INC.,<br><br>               Defendant. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br>Newark Vicinage<br><br>Civil Action No. 11-0757 (SRC) (MAS)<br><br>~~[PROPOSED]~~ **ORDER GRANTING SUMMARY JUDGMENT** |

THIS MATTER having come before the Court upon the submission of Plaintiff,
Victory International (USA) LLC through counsel, The Bayne Law Group LLC (Andrew J.
Bayne, Esq. appearing) seeking summary judgment against the Defendant under Fed.R.Civ.P
56; and the Court having considered the papers submitted by the parties, and having heard
oral argument, and for good cause shown;

Case 1:11-cr-00102-LAK   Document 96   Filed 03/08/12   Page 8 of 33
Case 2:11-cv-00757-SRC-MAS   Document 36   Filed 01/17/12   Page 2 of 2 PageID: 237
Case 2:11-cv-00757-SRC-MAS   Document 28-2   Filed 10/7/11   Page 2 of 2 PageID: 225

IT IS on this 17 day of Jan 2011 **ORDERED** that:

Summary Judgment in favor the Plaintiff, Victory International (USA) LLC is granted

in the amount of $651,151.75; and it is further **ORDERED** that

Plaintiff shall have immediate execution against the Collateral identified to Plaintiff's

Purchase Money Security Interest as set forth in UCC Financing Statement no. 11-

0003428291.

So Ordered this 17 day of Jan , 2011

_____
Stanley R. Chesler, U.S.D.J.

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: Jane Della Monache
         Deputy Clerk

# EXHIBIT B

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Victory International (USA) LLC 732-417-5900

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Victory International (USA) LLC
75 Newfield Avenue
Edison, NJ 08837
USA

**FILING NUMBER:** 11-0003428291
FILING DATE: 02/02/2011 11:25 AM
DOCUMENT NUMBER: 352816920002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1 DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a ORGANIZATION'S NAME
**La Versailles Fragrances, Inc.**

| 1b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1401 Lincoln Street | Laredo | TX | 78040 | USA |

| 1d TAX ID# SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 1e TYPE OF ORGANIZATION | 1f ORG JURISDICTION | 1g ORG. ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | NY | | ☑ NONE |

2 ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a ORGANIZATION'S NAME

| 2b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d TAX ID# SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 2e TYPE OF ORGANIZATION | 2f ORG JURISDICTION | 2g ORG. ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a ORGANIZATION'S NAME
**Victory International (USA) LLC**

| 3b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 75 Newfield Avenue | Edison | NJ | 08837 | USA |

4. This FINANCING STATEMENT covers the following collateral:
All goods identified as shipped to the debtor pursuant to purchase orders
expressly stating a reservation of property rights in the secured party until
fully paid. Goods shipped on November 11, 2010, November 22, 2010 and December
22, 2010 under Order Numbers 2054720, 2054635, 2054842 for various brand name
fragrance products for resale valued at $651,154.75 owing to secured party.

5. ALTERNATIVE DESIGNATION [if applicable]:  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☑ SELLER/BUYER  ☐ AG LIEN  ☐ NON UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

page 2

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| **11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)** | |
| 11-0003428291 | |

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)**

| | 12a ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Victory International (USA) LLC | | | |
| | 12b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Use this space for additional information**

8 AMENDMENT (COLLATERAL CHANGE) (continued)
-GUESS W 2.5 EDP
11/03/2010

P E. SIGN 150ML 360
-PE SIGNATURE FOR MEN 150 ML
PARXM3.4 600
-PERRY "M" 3.4 EDP SP
PERY WOMAN NEW 240
-PERRY ELLIS WOMAN 3.4- NEW
PERY -MAN 3 4 600
-PERRY MAN 3.4 OZ 26.1943.90
PE M RSRV 4PC S 600
-PE RSV M 4PC SET 22.3111.90
PE W RSRV 4PC S 1,800
-PE RSV W 4PC SET 4020, 3903
PARX-RSV-W-3.4 2,400
-PE RSV W 3.4 OZ SP 28.1997.76
FRE-TC-W 3.4OZ 720
-FH TOUCH (W) 3.4 OZ SP
PE 360 M 4PC S2 378
-360 RED M 4PC 12.4073.90
PE 360 RED W SE 378
-360 RED W 4PC 13.3905.90
FRE-HW-W-3 4 OZ 252
-FH HOLLYWOOD (W) EDP SPR 100 M
DIS-DUCK-3.40Z 360
-DAISY DUCK EDT 3.4 OZ SP
DIS-MIN-3.40Z 360
-MINNIE MOUSE EDT 3.4 OZ SP
EUPH M 2PC SET 5 60.
-EUPHORIA M 2PC SET 1.7 OZ
ESCAPE-M-3.4 138
-ESCAPE (M) 3.4 OZ
DAD-YANKEE 3.4 240
-DADDY YANKEE M 3.4 OZ
PE P HIM 4PC S2 378
-PERRY FOR HIM (BLACK) 4PC
PERY-BLK M 3 4 600.
-PERRY FOR HIM (BLACK)3.4 OZ 0
PE4 HER 4PC SE 378
-PERRY FOR HER (BLACK) 4PC SET
PE W 2PC SET 1,014
-PE 18 W 2PC SET 04.3950
PE-18 M 2PC SET 720
-PE 18 M 2PC SET 05-4050

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The Bayne Law Group LLC 609-924-4295

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The Bayne Law Group LLC
P O Box 3036
Princeton, NJ 08543-3036
USA

**FILING NUMBER:** 11-00037086
FILING DATE: 02/04/2011 06:26 PM
DOCUMENT NUMBER: 353144600002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**11-0003428291**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial) Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6; also give new name and/or new address in item 7.       ☐ DELETE name. Give record name to be deleted in item 6a or 6b.       ☐ ADD name. Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO 7a. TYPE OF ORGANIZATION | 7f. ORG JURISDICTION | 7g. ORG ID #, if any |
|---|---|---|---|
| | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ No change ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned

Purchase Order Date
Product Code Quantity Shipped
-Product Description

11/3/2010
PARX-360-W-3.4 1,200
-360 W 100 ML EDP SPR

GUESS W 2 5 EDP 1,200

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment) If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **Victory International (USA) LLC** | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

page 3

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 11-0003428291 |

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)**

| OR | 12a. ORGANIZATION'S NAME  Victory International (USA) LLC | | | |
|---|---|---|---|---|
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Use this space for additional information**

8. AMENDMENT (COLLATERAL CHANGE) (continued)
FRE273-W-2.5 OZ 720
-273(W) 2.5 OZ SPRAY
PARX-360-W-6.7 360
-360 W 6 7 OZ SP
PE 360 W 4PC S2 2,400
-360W 4PC 3905, 3922, 3923
OBSESS-M-6.7 OZ 600
-OBESSION M 6.7 OZ
-ETERN-M-6.7 OZ 1,200
-ETERNITY M 3
PE-360BLK M 3 360
-360 BLACK M 3 4 OZ
PE-360M 4PC DEO 601
-360 M 4PC SET-DEO-4025
PE 360 M 4PC SE 378
-360 M 4PC SET 4021, 4024, 4020

11/19/2010
PARX-360-W-3.4 1,200
-360 W 100 ML EDP SPR
PARX-360-M-3.4 480
-360 M 100 ML EDT SPR
12/21/2010
FRE273-W2 5RED 252
-273 RED (W) 2.5 OZ EDP SPRAY
FRE273-W -2.5 OZ 504
-273 (W) 2 5 OZ SPRAY
P.BLKM3. 600
-BLACK M 3 4 OZ
PARX-RED M 3.4 1,200
-360 RED M 3 4 OZ
PARX-RED W 3 4 912
-360 RED W 3 40Z
PARX-360-W-3 4 1,200
-360 W 3.4 OZ SP EDP
PARX F 3.4 600
-PERRY "F" 3 4 EDP SP
PE-18 M 3.4 OZ 912
-PE 18 M 3 4 OZ
PERY-MEN NEW 3. 360
-PERRY ELLIS MEN 3.4- NEW 30 10
PERY-WOMAN NEW 480
-PERRY ELLIS WOMAN 3.4- NEW
PERY-MAN 3 4 720
-PERRY MAN 3 4 OZ 26 1943 90

page 4

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 11-0003428291 |

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT**(same as item 9 on Amendment form)

| OR | 12a. ORGANIZATION'S NAME<br>Victory International (USA) LLC | | | |
|---|---|---|---|---|
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Use this space for additional information**

8 AMENDMENT (COLLATERAL CHANGE) (continued)
PERY-WOMAN 3.4 600
-PERRY WOMAN 3.4 OZ
FRE-TC-W-3.40Z 504
-FH TOUCH (W) 3.4 OZ SP
360 BLK M 4P 432
-360 BLACK M 4PC SET
PE 360 M 4PC SE 756
-PE M 4PC SET 4021,4024,4020
PE M4PC S2 EACII 660
-360 RED M 4PC 12.4073.90
-PE 360 W 4PC S2 378
-360 W 4PC 3905, 3922. 3923
PE W RSRV 4PC S 378
-PE RSV W 4PC SET 4020, 3903
PE RSRV 4PC S 378
-RSV M 4PC SET 22.3111.90
PE 360 WHT M 4P 378
-360 WHITE M 4PC SET
PE-3PCW 10Z 378
-PE 10Z W 3PC VARIETY SET
FRE273-M-2.5 OZ 360
-273 (M) SPR, 75 ML
FRE273-M2.5RED 240
-273 RED (M) 2.5 OZ
PERY-MAN NW 2PC 360
-PERRY MAN 2 Pc SET- NEW
DAD-YANKEE 3 4 240
-DADDY YANKEE M 3.4 OZ
DAD-YAN-W-3.4 240
-DADDY YANKEE W 3 4 OZ
DAD-YAN-W SET 240
-DADDY YANKEE W SET
PERY-BLK M 3 4 480
-PERR Y FOR HIM (BLACK) 3.4 OZ

**FILING OFFICE COPY**

# INVOICE

Page: 1

VICTORY INTERNATIONAL (USA) LLC
NEWFIELD AVENUE
...DISON, NEW JERSEY 08837
(732) 417-1040

**VICTORY**
**INTERNATIONAL**

**(USA) LLC**

INVOICE NUMBER: 2209389-IN
INVOICE DATE: 11/11/2010

ORDER NUMBER: 2054635
ORDER DATE: 11/04/2010
SALESPERSON: 0001
CUSTOMER NO: LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX   78040

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX   78040

CONFIRM TO:
Mr. Vikram Datta

Fax:  956-724-7874

| CUSTOMER P.O.<br>11.03.2010 | SHIP VIA | F.O.B.<br>NJ WHSE | TERMS<br>Net 90 Davs | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| PARX-360-W-3.4<br>  360 W 100 ML EDP SPR | EACH | 1,200.000<br>WHSE: 000 | 1,200.000 | 0.000 | 15.7500 | 18,900.00 |
| GUESS W 2.5 EDP<br>  GUESS W 2.5 EDP | EACH | 1,200.000<br>WHSE: 000 | 1,200.000 | 0.000 | 17.5000 | 21,000.00 |

Note that overdue accounts are subject to an interest charge of 1.5% per month. Purchaser is responsible for damages, shortages, etc. and any discrepancies on invoiced product must be reported within 3 days after receipt of goods.  No goods may be returned without our authorization.  The merchandise on this invoice is the property of Victory International (USA) LLC until fully paid.

**Please remit payment to:**
**Victory International (USA) LLC**
**P.O. Box 95000**
**Philadelphia, PA  19195-4355**

| | |
|---|---|
| Net Invoice: | 39.900.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **39,900.00** |

# INVOICE

VICTORY INTERNATIONAL (USA) LLC
NEWFIELD AVENUE
EDISON, NEW JERSEY  08837
(732) 417-1040



**VICTORY**
**INTERNATIONAL**

(USA)  LLC

INVOICE NUMBER:  2209251-IN

INVOICE DATE:  11/05/2010

ORDER NUMBER:  2054635
ORDER DATE:  11/04/2010
SALESPERSON:  0001
CUSTOMER NO:  LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX   78040

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX   78040

CONFIRM TO:
Mr. Vikram Datta

Fax:  956-724-7874

| CUSTOMER P.O.<br>11.03.2010 | SHIP VIA<br>DOT LINE | F.O.B.<br>NJ WHSE | | TERMS<br>Net 90 Days | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| P.E. SIGN 150ML<br>PE SIGNATURE FOR MEN 150 ML | EACH | 360.000<br>WHSE: 000 | 360.000 | 0.000 | 14.0000 | 5,040.00 |
| PARX M 3.4<br>PERRY "M" 3.4 EDP SP | EACH | 600.000<br>WHSE: 000 | 600.000 | 0.000 | 14.0000 | 8,400.00 |
| PE WOMAN NEW<br>PERRY ELLIS WOMAN 3.4- NEW | EACH | 240.000<br>WHSE: 000 | 240.000 | 0.000 | 20.0000 | 4,800.00 |
| PERY-MAN 3.4<br>PERRY MAN 3.4 OZ 26.1943.90 | EACH | 600.000<br>WHSE: 000 | 600.000 | 0.000 | 14.0000 | 8,400.00 |
| PE M RSRV 4PC S<br>PE RSV M 4PC SET 22.3111.90 | EACH | 600.000<br>WHSE: 000 | 600.000 | 0.000 | 18.5000 | 11,100.00 |
| PE W RSRV 4PC S<br>PE RSV W 4PC SET 4020, 3903 | EACH | 1,800.000<br>WHSE: 000 | 1,800.000 | 0.000 | 18.5000 | 33,300.00 |
| PARX-RSV-W-3.4<br>PE RSV W 3.4 OZ SP 28.1997.76 | EACH | 2,400.000<br>WHSE: 000 | 2,400.000 | 0.000 | 14.0000 | 33,600.00 |
| FRE-TC-W-3.4OZ<br>FH TOUCH (W) 3.4 OZ SP | EACH | 720.000<br>WHSE: 000 | 720.000 | 0.000 | 14.0000 | 10,080.00 |
| PE 360 M 4PC S2<br>360 RED M 4PC 12.4073.90 | EACH | 378.000<br>WHSE: 000 | 378.000 | 0.000 | 19.0000 | 7,182.00 |
| PE 360 RED W SE<br>360 RED W 4PC  13.3905.90 | EACH | 378.000<br>WHSE: 000 | 378.000 | 0.000 | 19.0000 | 7,182.00 |
| FRE-HW-W-3.4 OZ<br>FH HOLLYWOOD (W) EDP SPR 100 M | EACH | 252.000<br>WHSE: 000 | 252.000 | 0.000 | 10.0000 | 2,520.00 |
| DIS-DUCK-3.4OZ<br>DAISY DUCK EDT 3.4 OZ SP | EACH | 360.000<br>WHSE: 000 | 360.000 | 0.000 | 3.5000 | 1,260.00 |
| DIS-MIN-3.4OZ<br>MINNIE MOUSE EDT 3.4 OZ SP | EACH | 360.000<br>WHSE: 000 | 360.000 | 0.000 | 3.5000 | 1,260.00 |
| EUPHM 2PC SET 5<br>EUPHORIA M 2PC SET 1.7 OZ | EACH | 60.000<br>WHSE: 000 | 60.000 | 0.000 | 25.0000 | 1,500.00 |
| ESCAPE-M-3.4<br>ESCAPE (M) 3.4 OZ | EACH | 138.000<br>WHSE: 000 | 138.000 | 0.000 | 22.0000 | 3,036.00 |
| DAD-YANKEE 3.4<br>DADDY YANKEE M 3.4 OZ | EACH | 240.000<br>WHSE: 000 | 240.000 | 0.000 | 8.7500 | 2,100.00 |
| PE P HIM 4PC S2<br>PERRY FOR HIM (BLACK) 4 PC ST | EACH | 378.000<br>WHSE: 000 | 378.000 | 0.000 | 18.5000 | 6,993.00 |

CONTINUED

# INVOICE

Page: 2

VICTORY INTERNATIONAL (USA) LLC
NEWFIELD AVENUE
EDISON, NEW JERSEY 08837
(732) 417-1040



**VICTORY**
**INTERNATIONAL**

(USA) LLC

INVOICE NUMBER: 2209251-IN
INVOICE DATE: 11/05/2010

ORDER NUMBER: 2054635
ORDER DATE: 11/04/2010
SALESPERSON: 0001
CUSTOMER NO: LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX 78040

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX 78040

CONFIRM TO:
Mr. Vikram Datta

Fax: 956-724-7874

| CUSTOMER P.O. 11.03.2010 | SHIP VIA DOT LINE | F.O.B. NJ WHSE | TERMS Net 90 Days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| PERY-BLK M 3.4 PERRY FOR HIM (BLACK) 3.4 OZ 0 | EACH | 600.000 WHSE: 000 | 600.000 | 0.000 | 13.0000 | 7,800.00 |
| PE 4 HER 4PC SE PERRY FOR HER (BLACK) 4PC SET | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 18.5000 | 6,993.00 |
| PE-W 2PC SET PE 18 W 2PC SET 04.3950 | EACH | 1,014.000 WHSE: 000 | 1,014.000 | 0.000 | 16.5000 | 16,731.00 |
| PE-18 M 2PC SET PE 18 M 2PC SET 05.4050 | EACH | 1,080.000 WHSE: 000 | 1,080.000 | 0.000 | 16.5000 | 17,820.00 |
| FRE273-W-2.5 OZ 273 (W) 2.5 OZ SPRAY | EACH | 720.000 WHSE: 000 | 720.000 | 0.000 | 14.0000 | 10,080.00 |
| PARX-360-W-6.7 360 W 6.7 OZ SP | EACH | 360.000 WHSE: 000 | 360.000 | 0.000 | 21.5000 | 7,740.00 |
| PE 360 W 4PC S2 360 W 4PC 3905, 3922, 3923 | EACH | 2,400.000 WHSE: 000 | 2,400.000 | 0.000 | 19.5000 | 46,800.00 |
| PARX-360-W-3.4 360 W 100 ML EDP SPR | EACH | 1,200.000 WHSE: 000 | 0.000 | 1,200.000 | 15.7500 | 0.00 |
| OBSESS-M-6.7OZ OBSESSION M 6.7 OZ | EACH | 600.000 WHSE: 000 | 600.000 | 0.000 | 43.5000 | 26,100.00 |
| ETERN-M-6.7OZ ETERNITY M 6.7 OZ | EACH | 1,200.000 WHSE: 000 | 1,200.000 | 0.000 | 43.5000 | 52,200.00 |
| PE-360-BLK M 3. 360 BLACK M 3.4 OZ | EACH | 360.000 WHSE: 000 | 360.000 | 0.000 | 12.5000 | 4,500.00 |
| PE-360M 4PC DEO 360 M 4PC SET- DEO-4025 | EACH | 601.000 WHSE: 000 | 601.000 | 0.000 | 19.2500 | 11,569.25 |
| PE 360 M 4PC SE 360 M 4PC SET 4021, 4024, 4020 | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 19.2500 | 7,276.50 |

Please remit payment to:
Victory International (USA) LLC
P.O. Box 95000
Philadelphia, PA 19195-4355

Note that overdue accounts are subject to an interest charge of 1.5% per month. Purchaser is responsible for damages, shortages, etc. and any discrepancies on invoiced product must be reported within 3 days after receipt of goods. No goods may be returned without our authorization. The merchandise on this invoice is the property of Victory International (USA) LLC until fully paid.

| | |
|---|---|
| Net Invoice: | 363.362.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 363,362.75 |

# INVOICE

Page: 1

**VICTORY INTERNATIONAL (USA) LLC**
NEWFIELD AVENUE
EDISON, NEW JERSEY  08837
(732) 417-1040

## VICTORY
### INTERNATIONAL



(USA) LLC

INVOICE NUMBER:  2209599-IN
INVOICE DATE:  11/22/2010

ORDER NUMBER:  2054720
ORDER DATE:  11/19/2010
SALESPERSON:  0001
CUSTOMER NO:  LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX  78040

CONFIRM TO:
Mr. Vikram Datta

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO,  TX  78040

Fax:  956-724-7874

| CUSTOMER P.O. 11.19.2010 | SHIP VIA DOT LINE | F.O.B. NJ | TERMS Net 90 Days | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| PARX-360-W-3.4<br>360 W 100 ML EDP SPR | EACH | 1,200.000<br>WHSE: 000 | 1,200.000 | 0.000 | 16.3500 | 19,620.00 |
| PARX-360-M-3.4<br>360 M 100 ML  EDT SPR | EACH | 480.000<br>WHSE: 000 | 480.000 | 0.000 | 14.5000 | 6,960.00 |

Please remit payment to:
Victory International (USA) LLC
P.O. Box 95000
Philadelphia, PA  19195-4355

Note that overdue accounts are subject to an interest charge of 1.5% per month.
Purchaser is responsible for damages. shortages, etc. and any discrepancies on invoiced
product must be reported within 3 days after receipt of goods   No goods may be
returned without our authorization   The merchandise on this invoice is the property of
Victory International (USA) LLC until fully paid

| | |
|---|---|
| Net Invoice: | 26,580.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 26,580.00 |

# INVOICE

Page: 1

VICTORY INTERNATIONAL (USA) LLC
75 NEWFIELD AVENUE
JISON, NEW JERSEY 08837
(732) 417-1040

**VICTORY**
**INTERNATIONAL**



(USA) LLC

INVOICE NUMBER: 2210106-IN
INVOICE DATE: 12/22/2010

ORDER NUMBER: 2054842
ORDER DATE: 12/22/2010
SALESPERSON: 0001
CUSTOMER NO: LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX  78040

CONFIRM TO:
Mr. Vikram Datta

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX  78040

Fax:  956-724-7874

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| **CUSTOMER P.O.** 12.21.2010 | **SHIP VIA** DOT LINE | **F.O.B.** NJ WHSE | | **TERMS** Net 90 Days | | |
| FRE273-W2.5RED 273 RED (W) 2.5 OZ EDP SPRAY | EACH | 252.000 WHSE: 000 | 252.000 | 0.000 | 9.5000 | 2,394.00 |
| FRE273-W-2.5 OZ 273 (W) 2.5 OZ SPRAY | EACH | 504.000 WHSE: 000 | 504.000 | 0.000 | 14.0000 | 7,056.00 |
| PE )-BLK M 3. 360 BLACK M 3.4 OZ | EACH | 600.000 WHSE: 000 | 600.000 | 0.000 | 12.5000 | 7,500.00 |
| PARX-RED M 3.4 360 RED M 3.4 OZ | EACH | 1,200.000 WHSE: 000 | 1,200.000 | 0.000 | 14.0000 | 16,800.00 |
| PARX-RED W 3.4 360 RED W 3.4OZ | EACH | 912.000 WHSE: 000 | 912.000 | 0.000 | 14.0000 | 12,768.00 |
| PARX-360-W-3.4 360 W 3.4 OZ SP EDP | EACH | 1,200.000 WHSE: 000 | 1,200.000 | 0.000 | 16.7500 | 20,100.00 |
| PARX F 3.4 PERRY "F" 3.4 EDP SP | EACH | 600.000 WHSE: 000 | 600.000 | 0.000 | 14.5000 | 8,700.00 |
| PE- 18 M 3.4 OZ PE 18 M 3.4 OZ | EACH | 912.000 WHSE: 000 | 912.000 | 0.000 | 14.7500 | 13,452.00 |
| PERY-MEN NEW 3. PERRY ELLIS MEN 3.4- NEW 30.10 | EACH | 360.000 WHSE: 000 | 360.000 | 0.000 | 14.5000 | 5,220.00 |
| PERY-WOMAN NEW PERRY ELLIS WOMAN 3.4- NEW | EACH | 480.000 WHSE: 000 | 480.000 | 0.000 | 20.5000 | 9,840.00 |
| PERY-MAN 3.4 PERRY MAN 3.4 OZ 26.1943.90 | EACH | 720.000 WHSE: 000 | 720.000 | 0.000 | 14.0000 | 10,080.00 |
| PERY-WOMAN 3.4 PERRY WOMAN 3.4 OZ | EACH | 600.000 WHSE: 000 | 600.000 | 0.000 | 14.5000 | 8,700.00 |
| FRE-TC-W-3.4OZ FH TOUCH (W) 3.4 OZ SP | EACH | 504.000 WHSE: 000 | 504.000 | 0.000 | 14.0000 | 7,056.00 |
| PE 360 BLK M 4P 360 BLACK M 4PC SET | EACH | 432.000 WHSE: 000 | 432.000 | 0.000 | 18.0000 | 7,776.00 |
| PE 360 M 4PC SE 360 M 4PC SET 4021, 4024, 4020 | EACH | 756.000 WHSE: 000 | 756.000 | 0.000 | 19.5000 | 14,742.00 |
| PE M 4PC S2 360 RED M 4PC 12.4073.90 | EACH | 1,296.000 WHSE: 000 | 660.000 | 636.000 | 19.2500 | 12,705.00 |
| PE 360 W 4PC S2 360 W 4PC 3905, 3922, 3923 | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 19.0000 | 7,182.00 |

CONTINUED

# INVOICE

Page: 2

VICTORY INTERNATIONAL (USA) LLC
75 NEWFIELD AVENUE
DISON, NEW JERSEY  08837
(732) 417-1040

**VICTORY**
**INTERNATIONAL**



**(USA) LLC**

INVOICE NUMBER: 2210106-IN
INVOICE DATE: 12/22/2010

ORDER NUMBER: 2054842
ORDER DATE: 12/22/2010
SALESPERSON: 0001
CUSTOMER NO: LA VERS

SOLD TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX  78040

CONFIRM TO:
Mr. Vikram Datta

SHIP TO:
LA VERSAILLES FRAGRANCES. INC
1401 LINCOLN STREET
LAREDO, TX  78040

Fax: 956-724-7874

| CUSTOMER P.O. 12.21.2010 | SHIP VIA DOT LINE | | F.O.B. NJ WHSE | | TERMS Net 90 Davs | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| PE W 18 4PC SET PE 18 W 4PC SET 3909 & 3973 | | EACH | 1,296.000 WHSE: 000 | 0.000 | 1,296.000 | 20.5000 | 0.00 |
| PE W RSRV 4PC S PE RSV W 4PC SET 4020, 3903 | | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 19.0000 | 7,182.00 |
| PE  RSRV 4PC S PE RSV M 4PC SET 22.3111.90 | | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 18.7500 | 7,087.50 |
| PE 360 WHT M 4P 360 WHITE M 4PC SET | | EACH | 378.000 WHSE: 000 | 378.000 | 0.000 | 18.0000 | 6,804.00 |
| PE-3PC W 1OZ PE 1OZ W 3PC VARIETY SET | | EACH | 240.000 WHSE: 000 | 240.000 | 0.000 | 15.5000 | 3,720.00 |
| FRE273-M-2.5 OZ 273 (M) SPR, 75 ML | | EACH | 360.000 WHSE: 000 | 360.000 | 0.000 | 10.0000 | 3,600.00 |
| FRE273-M2.5RED 273 RED (M) 2.5 OZ | | EACH | 240.000 WHSE: 000 | 240.000 | 0.000 | 9.5000 | 2,280.00 |
| PERY-MAN NW 2PC PERRY MAN 2 Pc SET- NEW | | EACH | 360.000 WHSE: 000 | 360.000 | 0.000 | 18.5000 | 6,660.00 |
| DAD-YANKEE 3.4 DADDY YANKEE M 3.4 OZ | | EACH | 240.000 WHSE: 000 | 240.000 | 0.000 | 8.7500 | 2,100.00 |
| DAD-YAN-W-3.4 DADDY YANKEE W 3.4 OZ | | EACH | 240.000 WHSE: 000 | 240.000 | 0.000 | 16.5000 | 3,960.00 |
| DAD-YAN-W SET DADDY YANKEE W SET | | EACH | 240.000 WHSE: 000 | 240.000 | 0.000 | 19.0000 | 4,560.00 |
| PERY-BLK M 3.4 PERRY FOR HIM (BLACK) 3.4 OZ 0 | | EACH | 480.000 WHSE: 000 | 480.000 | 0.000 | 13.7500 | 6,600.00 |

Please remit payment to:
Victory International (USA) LLC
P.O. Box 95000
Philadelphia, PA  19195-4355

Note that overdue accounts are subject to an interest charge of 1.5% per month
Purchaser is responsible for damages, shortages, etc. and any discrepancies on invoice
product must be reported within 3 days after receipt of goods.  No goods may be
returned without our authorization. The merchandise on this invoice is the property of
Victory International (USA) LLC until fully paid.

| | |
|---|---|
| Net Invoice: | 226.624.50 |
| Less Discount | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 226.624.50 |

# EXHIBIT C

1

1    **ORIGINAL** UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
2             CIVIL ACTION NO. 11-757(SRC)(MAS)

3

     VICTORY INTERNATIONAL
4    (USA), LLC,

5              Plaintiff,        DEPOSITION OF:

6              -vs-              YOLANDA CARRILLO

7    LaVERSAILLES
     FRAGRANCES, INC.,
8
               Defendant.
9

10

11
                              August 18, 2011
12                            Princeton, New Jersey

13
     B E F O R E:
14
                    RITA CHIANESE, Certified Court
15   Reporter and Notary Public of the State of New
     Jersey, at the offices of THE BAYNE LAW GROUP,
16   LLC, 116 Village Boulevard, Suite 200,
     Princeton, New Jersey  08543-3036 on Thursday,
17   August 18, 2011, commencing at 11:02 a.m.,
     pursuant to Notice.
18

19

20

21

22

23

24        BETSY WESTON COURT REPORTING SERVICES
                    P.O. Box 780
25    Princeton Junction, New Jersey  08550
                    (609)520-0006

          Betsy Weston Court Reporting Services
                    (609) 520-0006

2

1    A P P E A R A N C E S :

2

3            THE BAYNE LAW GROUP, LLC
             BY:   ANDREW J. BAYNE, ESQ.
4            116 Village Boulevard, Suite 200
             P.O. Box 3036
5            Princeton, New Jersey   08543-3036
             (609)924-4295
6                    For the Plaintiff

7            MESSRS. NESENOFF & MILTENBERG, LLP
             BY:   ANDREW T. MILTENBERG, ESQ.
8            363 Seventh Avenue
             New York, New York   10001
9            (212)736-4500
                     For the Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

49

Carrillo - direct

1              Does it come with the shipment?

2                    MR. MILTENBERG:

3    Objection.

4                    You can answer.

5              A.    The invoice is given to me by

6    Cynthia but either they fax it or they mail it.

7    If they mail it, I get the invoice and give it

8    to Cynthia so that when she receives the

9    merchandise, she can check the merchandise.

10             Q.    Okay.  So she -- right.

11                   On receipt -- she checks the

12   merchandise on receipt against the invoice,

13   correct?

14             A.    Right.

15             Q.    Okay.  I'm showing you P-5 for

16   Identification as an example, and P-4.

17                   The address for La Versailles

18   on both of these documents appears to be 1401

19   Lincoln Street; is that correct?

20             A.    Yes.

21             Q.    Okay.  Now, does that mean that

22   that's where the goods were shipped?

23             A.    Yes.  All shipments are

24   received to 1401 Lincoln.

25             Q.    After they are received at 1401

Carrillo - direct                                        50

1    Lincoln, what's the process for these

2    particular goods, if you know?

3                    Do you know what happened to

4    these particular goods after they arrived at

5    1401 Lincoln Street?

6            A.      They're received and I get the

7    invoice.

8                    MR. MILTENBERG:   Just to

9    be clear, he's not asking you in general.   He's

10   asking you specifically in this instance.

11           A.      Okay.   What happens to the

12   merchandise?

13           Q.      What happened to this

14   merchandise when it arrived at La Versailles?

15           A.      It's in the warehouse.

16           Q.      Okay.   1401 --

17           A.      Yes.

18           Q.      --   Lincoln?

19                   And then is that -- was that

20   merchandise ever -- before the DEA arrived, was

21   that merchandise ever moved from that location?

22           A.      Exactly what merchandise --

23   when the merchandise arrives, either it's there

24   in the warehouse or it's sold on wholesale but

25   which articles have been sold, I don't know.

Carrillo - direct                                            57

1    entities have their own warehouse space?

2              A.      No.

3              Q.      How many warehouses are

4    controlled by Vikram Datta to your knowledge?

5                        MR. MILTENBERG:

6    Objection.

7                        You can answer.

8              A.      One.

9              Q.      One, one warehouse, 1401

10   Lincoln Street?

11             A.      Yes.

12             Q.      Okay.  The inventory --

13   withdrawn.

14                     From an operational standpoint,

15   how is the inventory moved from -- well, is

16   inventory moved from 1401 upon receipt, 1401

17   Lincoln Street, to the other retail locations

18   we discussed?

19             A.      The merchandise received is not

20   moved.  It stays in the warehouse.  It's sold.

21             Q.      Okay.  Sold to whom?

22             A.      To other entities and other

23   customers.

24             Q.      Is it sold to affiliates, such

25   as La Versailles Perfumes, located at 219

Carrillo - direct                                                    58

1    Convent Avenue?

2              A.    I wouldn't be able to tell you

3    because I don't make the invoices for -- I

4    don't make the invoices.

5              Q.    Okay.  But what I'm -- let me

6    try to summarize where I'm going with this

7    question.  All right.

8                    There is a location at 219

9    Convent Avenue, Laredo, Texas, for an operation

10   called La Versailles Perfumeria, correct?

11             A.    Okay.

12             Q.    Is that correct?

13             A.    Yes.

14             Q.    Okay.  Is Perfumeria a separate

15   entity?

16             A.    It's La Versailles Cosmetics --

17             Q.    Okay.

18             A.    -- Inc.

19             Q.    And that's at 219 Convent

20   Avenue?

21             A.    Yes.

22             Q.    Does the marques outside say

23   La Versailles Cosmetics or La Versailles

24   Perfumeria?

25             A.    It's DBA Perfumeria La

Betsy Weston Court Reporting Services
(609) 520-0006

Carrillo - direct                                    59

1    Versailles.

2              Q.      What does it say on the marques

3    on 219 Convent Avenue?

4              A.      La Versailles, Perfumeria

5    La Versailles.

6              Q.      And how does Perfumeria

7    La Versailles obtain its inventory for resale?

8                      MR. MILTENBERG:

9    Objection.

10                     You can answer.

11             A.      It buys the inventory from

12   La Versailles.

13             Q.      Okay.  And then that inventory

14   would be shipped out of the La Versailles

15   warehouse to 219 Convent Avenue on an

16   as-purchased basis?

17             A.      As-purchased basis, yes.

18             Q.      Okay.  There is another entity

19   apparently called Perfumeria La Versailles

20   located at 1213 Zaragoza Street; is that

21   correct?

22             A.      That's correct.

23             Q.      Okay.  So there are two

24   Perfumeria La Versailles retail stores that

25   we've discussed so far?

Carrillo - direct                                            60

1              A.    Yes.

2              Q.    Is it the same process where

3    the two --  sorry.

4                    The 1213 Zaragoza Street

5    location receives its inventory by purchasing

6    it from La Versailles --  purchasing it from

7    the Defendant?

8              A.    1213 Zaragoza Street is

9    Perfumeria La Versailles, owned by La

10   Versailles Fragrances.

11             Q.    Okay.  So it doesn't need to

12   purchase it, the inventory can just be shipped

13   from the warehouse at 1401 to 1213 Zaragoza?

14                   MR. MILTENBERG:

15   Objection.

16                   You can answer.

17             A.    Yes.

18             Q.    Is that correct?

19             A.    Yes.

20             Q.    At 1211 Zaragoza, is there a

21   retail perfume store front there as well?

22             A.    Yes.

23             Q.    Okay.  And how does the

24   storefront at 1211 Zaragoza receive its

25   inventory?

Carrillo - direct

1          A.     It's purchased from

2     La Versailles Fragrances.

3          Q.     And that inventory then would

4     be shipped from 1401 Lincoln Street to 1211

5     Zaragoza Street?

6          A.     Yes.

7          Q.     And I'm using the term shipped.

8          Are there different means of

9     shipping this product other than by large

10    container trucks to the retail locations?

11         A.     No.  It's not shipped by large

12    container trucks.

13         Q.     How are the shipments from --

14    is it fair to say that we've just discussed a

15    mechanism of disbursing inventory from 1401

16    Lincoln to the various retail locations?

17                    MR. MILTENBERG:

18    Objection.

19                    You can answer.

20         A.     The stores purchase merchandise

21    but they don't purchase large quantities.

22         Q.     Okay.

23         A.     The stores only purchase small

24    quantities.

25         Q.     Okay.  How is it physically

Carrillo - direct                                           62

1    moved, the inventory, how is the inventory

2    physically moved from 1401 to locations such as

3    1219 Convent Avenue?

4              A.    Dollies.

5              Q.    Is it that close, by hand

6    walked, dollies that walk it right over?

7              A.    Yes, yes.

8              Q.    I'm not familiar with the

9    geography.  So these are all -- all these

10   locations are in a walkable distance from each

11   other?

12             A.    Yes.

13             Q.    So does that mean that

14   sometimes it's on a dolly, sometimes it's by

15   physically carrying it, sometimes it's by car,

16   is this true or is it always by dolly?

17             A.    By dolly.

18             Q.    Okay.  And would that be true

19   also for the location at -- have we covered all

20   the locations?

21             A.    No.

22             Q.    Okay.  Where are the other

23   locations where inventory is moved from 1401

24   Lincoln Street by dolly?

25                   We talked about 1213 Zaragoza,

Carrillo - direct                                            63

1    1211 Zaragoza and 1219 Convent Avenue.

2              A.    Yes.

3              Q.    Where else?

4              A.    407 Convent and now 301

5    Convent.

6              Q.    What's at 407 Convent?

7              A.    A perfume store.

8              Q.    What's the name of that store?

9              A.    Valencia 2.

10             Q.    And the other Convent location,

11   3 --

12             A.    Perfumeria Clasica.

13             Q.    What was that address again?

14             A.    301 Convent.

15             Q.    And so all of these essentially

16   receive their inventory from the depot location

17   of 1401 Lincoln Street; is that correct?

18             A.    Yes.

19                   Can we take a break?

20             Q.    Sure.

21             (There is a short recess taken.)

22                        MR. BAYNE:   Back on the

23   record.

24   BY MR. BAYNE:

25             Q.    Can you describe the layout of

Betsy Weston Court Reporting Services
(609) 520-0006

Carrillo - direct                                    64

1    the 1401 Lincoln Street warehouse?

2                    Specifically what I'm

3    interested in is when perfumes are received,

4    are they stored by Purchase Order or are they

5    stored by product identification?

6              A.    By product.

7              Q.    Okay.  So that basically, the

8    order comes in and then it's broken down and

9    the various pieces are sent to various parts of

10   the warehouse where those particular products

11   are stored; is that correct?

12             A.    Yes.

13             Q.    When the DEA came, and you said

14   earlier, seized the documents, did they also

15   seize product?

16             A.    Merchandise, yes.

17             Q.    Merchandise, yes.

18                    And that would include this

19   merchandise that we're talking about here?

20             A.    Yes.

21             Q.    Okay.  Basically Victory's

22   deliveries?

23                    MR. MILTENBERG:

24   Objection.

25             Q.    By this merchandise here, I'm

Betsy Weston Court Reporting Services
(609) 520-0006