PREET BHARARA
United States Attorney for the
Southern District of New York
By:   KAN M. NAWADAY
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, New York 10007
       (212) 637-2311

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                 :

UNITED STATES OF AMERICA,         :

                                                 :        S1 11 Cr. 102 (LAK/JCF)
       - v. -                                 :

                                               :        **NOTICE OF MOTION**

VIKRAM DATTA                          :

                                               :
                Defendant.             :
                                               :
                                               :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the Government's Memorandum of Law in Support of the Government's Motion to Dismiss the Petition of Hanan Enterprise Sales Inc. and VNR International, Inc. T/A/ M. Tilani Enterprises For Failure to Prosecute, together with the exhibits thereto, the United States of America will move before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for an Order dismissing the petition of Hanan Enterprise Sales Inc. and VNR International, Inc. T/A/ M. Tilani Enterprises for failure to prosecute, and such other

relief as the Court may determine to be just and proper.

Dated:  New York, New York
        September 2, 2015

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for the Plaintiff
                                  United States of America

                       By:          /s/                .
                                  KAN M. NAWADAY
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2311

To:    Geoffrey Long, Esq.
        1942 Victory Boulevaard
        Staten Island, NY 10314
        (718)-442-1020
        Attorney of record for Hanan Enterprise Sales, Inc.

        Dwight Yellen, Esq.
        Kriss & Feuerstein, LLP
        360 Lexington Avenue, 12th Floor
        New York, NY 10017
        (212) 661-2900 Ext. 4113
        Attorney of record for VNR International, Inc. T/A/ M. Tilani Enterprises